ELIZABETH SMITH, Respondent, v. ABRAHAM NEUMAN, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

SAMUEL WHITE, Respondent, v. ARTHUR P. WHITE and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of Proceedings to Punish JOHN WERRA for a Contempt of Court in an Action Entitled CLARENCE W. BAILEY, Plaintiff, v. JOHN J. KUHN, as Receiver of the Richmond Light and Railroad Company, Defendant.— Motion for stay granted on condition that within five days appellant file an undertaking in the sum of $2,000, conditioned for payment of the fine imposed, and for surrender of the appellant in the event of affirmance of the order appealed from; and upon the further condition that appellant place the case on the calendar for Monday, April 7, 1924 (for which date it is set down), and be ready for argument when reached; otherwise, motion denied. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

EDWARD JOSEPH BAKEWELL, Respondent, v. W. M. EVANS DAIRY COMPANY, Defendant. FROOKS & FROOKS, Attorneys, Appellants.— Order modified by providing that the former attorneys shall have, in addition to the lien of ten per cent of any settlement or judgment already provided for, a further lien upon any such settlement or judgment for their expenditures actually and necessarily made on behalf of plaintiff in the conduct of the litigation; and the case is remitted to the Special Term to ascertain such actual and necessary expenditures. As so modified the order is affirmed, without costs. No opinion. Jaycox, Manning, Kelby, Young and Kapper, JJ., concur.

JOSEPH BEDELL, Appellant, v. WILLIAM R. COFFEE and Another, Respondents. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Kapper, JJ.

EMIL BOLL, Respondent, v. OTTO MUHLBAUER and Another, Doing Business under the Style and Name of OTTO MUHLBAUER & COMPANY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

WILLIAM F. EGAN, Respondent, v. RICHARD E. ENRIGHT, as Commissioner of Police of the Police Department of the City of New York, and Others, Appellants.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon authority of Green v. Enright, (post, p. 819), decided herewith. The corporation counsel on the argument having stipulated that the machines seized by the police commissioner, which were in a storehouse, should be returned to the plaintiff, the order may so provide. Jaycox, Manning, Kelby, Young and Kapper, JJ., concur. Settle order on notice.

LOUIS GOLDBERG, on Behalf of Himself and Other Stockholders of ILIODOR PICTURES CORPORATION, etc., Respondent, v. ALBERT H. WOODS, Appellant, Impleaded with Another, Defendants.— Order granting examination of defendants before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.